IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| This Scheduling Order Relates to: | : | E.D. Pa. Nos. |
| | : | |
| Jacobs v. Owens-Illinois Inc., et al. | : | 13-60011 |
| Zickert v. Bayer Crop Sci. Inc., et al. | : | 13-60013 |
| Heckel v. A.W. Chesterton Co., et al. | : | 13-60019 |

FILED
JUL - 3 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**THIRD AMENDED SCHEDULING ORDER**

AND NOW, this 2nd day of July, 2014, upon consideration of "Plaintiffs' Motion to Modify Second Amended Scheduling Order" (13-60011 Doc. 86, 13-60013 Docs. 54 & 55, and 13-60019 Doc. 70), which is unopposed by the defendants, it is hereby **ORDERED** that the motion is **GRANTED** and the scheduling orders are further amended to reflect that[1]:

1. Plaintiffs' industrial hygiene expert reports must be served by **August 15, 2014**.

2. Defendants' expert reports must be served by **September 18, 2014**.

3. Rebuttal expert reports must be served by **October 2, 2014**.

4. All expert discovery must be completed by **October 17, 2014**.

5. Any dispositive motions must be filed by **October 31, 2014**.

6. Responses to any dispositive motions must be filed by **November 24, 2014**.

7. Replies to any dispositive motions must be filed by **December 2, 2014**.

BY THE COURT:

_David Strawbridge USMJ_
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

1 All other provisions of the previous scheduling orders remain in effect.