IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| This Scheduling Order Relates to: | : : | E.D. Pa. No. |
| Jacobs v. Owens-Illinois Inc., et al. | : | 13-60011 |

**FILED**
SEP 03 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 3rd day of September, 2014, upon consideration of the Defendants' unopposed petition to extend the medical expert report deadline, and for good cause shown, it is hereby **ORDERED** that the petition is **GRANTED** and the expert report deadlines in this case are extended so that:

1. Defendants' medical expert reports must be served by **October 18, 2014**;

2. rebuttal medical expert reports must be completed by **October 25, 2014**; and

3. all expert discovery must be completed by **October 25, 2014**.

BY THE COURT:

_/s/ David R. Strawbridge_
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE